

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

June 30, 2025

2025-1262 - Medytox, Inc. v. ITC

## NOTICE OF NON-COMPLIANCE

The document Confidential Brief, Nonconfidential Brief submitted by Medytox, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

<u>Nonconfidential Brief</u>

- The case number must be centered at the <u>top</u> of the cover. Fed. R. App. P. 32(a)(2)(A) (brief).

- The nonconfidential version must describe the general nature of the confidential material that has been deleted, with applicable page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Describing the General Nature of Confidential Material Deleted from the Nonconfidential Version).

*[Clerk's note: Missing description of redacted addendum material.]*

<u>Confidential Brief</u>

- Confidential material must be identified by using brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A). Refer to the Practice Notes to Rule 25.1 (Noting Confidential Material in the Confidential Version; Record Material That Exists in Two Versions).

*[Clerk's note: There are no brackets or highlighting in the addendum material.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk