No. 25-1262

---

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

---

MEDYTOX, INC.,
*Appellant*,

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee*,

CROMA PHARMA GMBH, HUGEL, INC., HUGEL AMERICA, INC.,
*Intervenors*.

---

Appeal from the United States International Trade Commission
in Investigation No. 337-TA-1313

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Federal Circuit Rule 47.3(c), Appellee U.S. International Trade Commission ("the Commission") hereby provides notice of withdrawal of Ronald Traud as counsel for the Commission in the above-captioned appeal. Lynde F. Herzbach will serve as principal counsel of record for the Commission.

Respectfully submitted,

*/s/ Ronald Traud*

Ronald Traud
Attorney-Advisor
U.S. International Trade Commission
500 E Street S.W.
Washington, DC 20436
Tel: (202) 205-3427
ronald.traud@usitc.gov

*Counsel for Appellee*
*International Trade Commission*

Date: July 9, 2026